UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-00364-RGK-MAA | Date | July 6, 2020 |
|---|---|---|---|
| Title | Brian Whitaker v. Berlins Food, Inc., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Katherine Stride | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ariel Vento | Not Present |

**Proceedings:**   **ORDER TO SHOW CAUSE/SCHEDULING CONFERENCE**

Case called.  The defendant is not present.  Court and counsel confer. Counsel for defendant also failed to appear at the June 22, 2020 Scheduling Conference and has not submitted any response to the Order to Show Cause.  The Court orders the answer stricken and orders plaintiff to proceed by way of default.

**IT IS SO ORDERED.**

:   01

Initials of Preparer   slw